165

(No. 6948 )

D. ADOLPHUS RIVERS, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS FAIR EMPLOYMENT PRACTICES COMMISSION, Respondent.

*Opinion filed December 15, 1972.*

D. ADOLPHUS RIVERS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 7011 )

EDWARD G. BRODIE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF FINANCIAL INSTITUTIONS, Respondent.

*Opinion filed December 15, 1972.*

EDWARD G. BRODIE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.